UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **Pamela J. Britton**, | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | Case No. 4:09CV01716 FRB |
| | ) | |
| **Michael J. Astrue,** | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

    The above-styled case was filed in the Eastern Division of this court on October 15, 2009, and assigned to the Honorable Frederick R. Buckles. Because the jurisdiction of this matter lies in the Northern Division of this district, this case should have been assigned a Northern Division case number.

    IT IS HEREBY ORDERED that the above styled cause is transferred to the Northern Division of this court and assigned Case No.2:09cv0050 MLM. The Honorable Mary Ann L. Medler will preside.

    Case No. 4:09cv01716 FRB is hereby administratively closed. Judge Buckles's name will be replaced for future assignment.

    Dated this 16th day of October, 2009.

    James G. Woodward, Clerk of Court

    By: /s/ Karen Moore, Deputy Clerk

    Please refer to Case No. **2:09cv0050 MLM** in all future matters concerning this case.